IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-26-1F



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **JUDGMENT** |
| v. | : |
| | : |
| FRANK ESQUIVEL | : |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on July 29, 2005, judgment is hereby entered against defendant, FRANK ESQUIVEL, in the amount of $1,500,000.00. Post-judgment interest shall accrue at the rate of 3.68%

This 1st day of August, 2005.

_____
FRED L. BORCH, III
Clerk
U. S. District Court