UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-26-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| FRANK ESQUIVEL | |

On motion of the Defendant, Frank Esquivel, and for good cause shown, it is hereby ORDERED that the **[DE 148]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 19th day of April, 2016.

JAMES C. FOX
Senior United States District Judge